## ROCKVILLE VOLUNTEER FIRE DEPARTMENT *v.* SIDNEY ROE

[No. 141, September Term, 1981.]

\* \* \*

## GAITHERSBURG-WASHINGTON GROVE FIRE DEPARTMENT *v.* ELVIN BURDETTE

[No. 142, September Term, 1981.]

*Dismissed: March 1, 1982.*

Submitted to MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

Appeals dismissed by counsel for appellants. Costs to be paid by appellants.